(137 So. 319)

### Alfred E. CODY v. STATE.
### 8 Div. 350.

Supreme Court of Alabama.
Oct. 29, 1931.

John A. Lusk, of Guntersville, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Alfred E. Cody for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Cody v. State, 137 So. 318.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.